UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MODESTO COOPER** | * CIVIL ACTION NO. 11-673 |
| **VERSUS** | * |
| **ODYSSEA MARINE, INC., D/B/A NORTH BANK TOWING, THE M/V EMERALD COAST, K & K MARINE, LLC, THE M/V ADMIRAL LEE, BP EXPLORATION AND PRODUCTION, INC., AND CROSSMAR, INC.** | * SECTION : "N" <br> * MAGISTRATE: (4) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

**CONSIDERING THE ABOVE AND FOREGOING,** it is ordered that defendant BP Exploration and Production, Inc., only be and hereby is dismissed from this case, without prejudice.

New Orleans, LA, this __20th__ day of __April__, 2012.

_____
Judge