UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MODESTO COOPER** | **CIVIL ACTION** |
| **VERSUS** | **NO:    11-0673** |
| **ODYSSEA MARINE, INC., ET AL** | **SECTION: "N" (4)** |

## ORDER

The undersigned Magistrate Judge was notified that negotiations were successful and a settlement was reached, therefore the Settlement Conference **(Rec. Doc. #19)** scheduled for August 6, 2012, at 10:00 a.m., is **Cancelled.**  A copy of the correspondence is attached to this Order.

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

New Orleans, Louisiana, this 6th day of August 2012

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**Judge Kurt D. Engelhardt**



# The Maritime Law Center for Personal Injury

1-800-USA-GULF

LAW OFFICE OF RONNA M. STEELE

MARITIME LAW

AUTO ACCIDENTS

PERSONAL INJURY

August 3, 2012

United States District Court
Honorable Court Judge Roby

      RE:    *Modesto Cooper v. Odyssea Marine, Inc., et al,* USDC, EDLA No.: 2:11-cv-0673 "N" (4)

Dear Judge Roby:

    Please be advised that all parties have met and the above referenced matter has been amicably resolved.

    With kind regards, I remain,

                                Cordially,

                                Ronna M. Steele

---

RONNA M. STEELE
*L.L.M. Admiralty*
rsteele@usagulf.com

BRIAN C. BECKWITH
*Of Counsel*
bbeckwith@usagulf.com

301 Huey P. Long Ave.
Gretna, La 70053
Telephone: (504) 366-3475
Facsimile: (504) 361-4752